

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-15-00270-CR

**EX PARTE** Timothy **CAMPBELL**,

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 484926
Honorable Crystal D. Chandler, Judge Presiding

# O R D E R

This is an accelerated appeal. Timothy Campbell has filed a notice of appeal, stating that he is appealing the denial of his pre-trial application for writ of habeas corpus seeking release because of delay. Appellant states that relief was denied by the trial court on April 14, 2015. However, the clerk's record has now been filed and does not reflect that the trial court has ruled on Campbell's application for writ of habeas corpus.

Appellate courts do not have jurisdiction to review a denial of an application for a writ of habeas corpus. *Ex parte Hargett*, 819 S.W.2d 866, 868 (Tex. Crim. App. 1991). They can only review a ruling on the merits of the claim. *Id*. The clerk's record does not indicate that the trial court has considered the merits of Campbell's application for writ of habeas corpus. It therefore appears that we lack jurisdiction over this appeal. We ORDER Timothy Campbell to show cause on or before **July 1, 2015** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order of this Court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court